Date of Arrest: **04/23**

# UNITED STATES DISTRICT COURT
## District of Arizona

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Vs.<br>Andres MELCHOR-Aguilar<br>AKA: None Known<br>Mexico<br>YOB: 1980<br>240837153<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: **24-01685MJ** |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

That on or about April 21, 2024, near San Luis, Arizona, in the District of Arizona, Defendant Andres MELCHOR-Aguilar, an alien, did knowingly and voluntarily enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325(a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA *John Ballos* for AUSA Sydney Yew

*Antonio Martin*
Signature of Complainant
Kaylee Tang
Border Patrol Agent

Sworn to before me and subscribed telephonically,

April 25, 2024                    at    Yuma, Arizona
Date                                         City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Andres MELCHOR-Aguilar

Dependents: None

IMMIGRATION HISTORY: The Defendant is an illegal alien.

CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION | SENTENCE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol Agents near Wellton, Arizona.

The Defendant was questioned as to their citizenship and immigration status. Border Patrol Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to Wellton Border Patrol Station for processing. During processing, questioning, and computer records checks; the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on April 21, 2024.

Border Patrol Agents advised the Defendant of their Miranda Rights. The Defendant understood those rights as they were explained to him and chose to waive his rights, agreeing to answer questions. During the interview, the Defendant stated that his intention after entering the United States was to travel to Colorado.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document:  BPA John Patterson and BPPC Nancy Barajas.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Ramon Marquez Jr.

Charges:

| 8 USC 1325(a)(1) | M |
|---|---|

*Antonio Martin*
Signature of Complainant

Sworn to before me and subscribed telephonically,

April 25, 2024
Date

Signature of Judicial Officer